THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD M. ACKRIDGE, Appellant, v WARREN D. BARKLEY, Respondent.

Submitted April 10, 2006; decided June 8, 2006

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602).

In the Matter of THOMAS RILEY, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted May 1, 2006; decided June 8, 2006

Motion for reargument denied [*see* 6 NY3d 823]. Motion for poor person relief dismissed as academic.

RIVERVIEW DEVELOPMENT HOLDING CORP., Respondent, v MARIA DOE, Also Known as MARIA CALDERON, Appellant.

Submitted April 10, 2006; decided June 8, 2006

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

XAND CORPORATION, Appellant, v RELIABLE SYSTEMS ALTERNATIVES CORPORATION, Respondent.

Submitted May 1, 2006; decided June 8, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).